In the Matter of DATA TREE, LLC, Appellant, v EDWARD P. ROMAINE, Respondent.

Submitted March 19, 2007; decided May 8, 2007

Motion by LexisNexis et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

HILARY GUISHARD et al., Respondents, v GENERAL SECURITY INSURANCE COMPANY, Appellant.

Submitted February 20, 2007; decided May 8, 2007

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

RICHARD J. HAM et al., Respondents, v CITY OF SYRACUSE et al., Appellants.

Submitted April 2, 2007; decided May 8, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KEITH HAYWOOD, Appellant, v CURTIS DROWN, Respondent.

KEITH HAYWOOD, Appellant, v PAT SMITH et al., Respondents.

Submitted February 26, 2007; decided May 8, 2007

Motion for poor person relief granted.